# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-3035**  **September Term, 2024**

1:19-cr-00307-RCL-1
1:19-cr-00307-RCL-2

**Filed On: January 2, 2025** [2092362]

United States of America,

      Appellee

    v.

Brittany Jones, also known as Brittany Alleesse Nancy Jones,

      Appellant

------------------------------

Consolidated with 23-3033, 23-3038

## O R D E R

Upon consideration of the motion for leave to file separate briefs, which represents that new counsel has replaced counsel for appellant Jones but has not entered an appearance, it is

**ORDERED** that the motion for leave to file separate briefs be granted. It is

**FURTHER ORDERED** that the following revised schedule will apply in this case:

| | |
|---|---|
| Appellants' Brief(s) | February 3, 2025 |
| Joint Appendix | February 3, 2025 |
| Entry of Appearance Form for Appellant Jones | February 3, 2025 |
| Appellee's Brief | March 5, 2025 |
| Appellants' Reply Brief(s) | March 26, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk